SIDNEY DOLE AND SCHUYLER HODGES *versus* JOSEPH FAIRBANKS. 

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule to join in error \*p. 103; (2) judgment reversed \*p. 119.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error; (5) writ of fi. fa. for costs, return; (6) alias fi. fa. for costs, return; (7) precipe for ca. sa.; (8) writ of ca. sa. for costs, return.

*1824–36 Calendar,* MS p. 122.

 NATHANIEL HARRIMAN *versus* SCHUYLER HODGES. 

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule to join in error \*p. 103; (2) judgment reversed \*p. 113.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error; (5) precipe for fi. fa. for costs; (6) writ of fi. fa. for costs, return.

*1824–36 Calendar,* MS p. 114. Recorded in *Book C,* MS pp. 96–8.

 ROBERT ABBOTT AND JAMES ABBOTT, LATE PARTNERS UNDER THE FIRM OF ROBERT & JAMES ABBOTT, *versus* SAMUEL ABBOTT AND JAMES H. AUDRAIN. 

JOURNAL ENTRIES (1826–27): *Journal 4:* (1) Continued \*p. 104; (2) dismissed \*p. 138.

PAPERS IN FILE: (1) Precipe for summons.

*1824–36 Calendar,* MS p. 115.

 ROBERT ABBOTT AND JAMES ABBOTT, SURVIVING PARTNERS OF THE LATE FIRM OF JAMES ABBOTT & SONS, *versus* SAMUEL ABBOTT AND JAMES H. AUDRAIN. 

JOURNAL ENTRIES (1826–27): *Journal 4:* (1) Continued \*p. 104; (2) dismissed \*p. 138.

PAPERS IN FILE: (1) Precipe for summons.

*1824–36 Calendar,* MS p. 116.

 ROBERT ABBOTT AND JAMES ABBOTT, LATE MERCHANTS IN COMPANY UNDER THE FIRM OF ROBERT & JAMES ABBOTT, *versus* SAMUEL ABBOTT, JAMES H. AUDRAIN, AND BARTHOLOMEW FLEMING. 

JOURNAL ENTRIES (1826–27): *Journal 4:* (1) Continued \*p. 104; (2) dismissed \*p. 138.

PAPERS IN FILE: (1) Precipe for summons.

*1824–36 Calendar,* MS p. 117.

 PHINEAS SILSBY *versus* JOHN ALLEN AND ANN ISABELLA ALLEN. 

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Rule to plead, answer, or demur \*p. 107; (2) continued \*p. 116; (3) motion to take bill as confessed and for reference to master \*p. 126; (4) bill taken as confessed, referred to master \*p. 134; (5) motion for decree of sale \*p. 157; (6) decree \*p. 160; (7) deputy clerk ordered to perform duties of register \*p. 202.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and acceptance of service; (4) affidavit of service of subpoena; (5) motion for rule to plead, answer, or demur; (6) motion for pro confesso and for reference to master; (7) copy of order for pro confesso and for reference; (8) master's report; (9) motion for decree of sale; (10) draft of decree; (11) draft of order directing deputy clerk to perform duties of register; (12) register's report of sale; (13) final decree signed by two of the judges; (14) statement of costs; (15) deed of mortgage.

*Chancery Case* 76 of 1826.